Rev. 6/03

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Pro se [Non-prisoner] Complaint Form

FILED JUN 27 2024 Clerk U.S. District Court Greensboro, NC

La Toye Ann Britt,
(Your Name)
Plaintiff,

v.

Caswell County Sheriff Office, Tony Durden, Jr., Otis Foster and Ken Mitchell

Defendant(s).

Civil Action No. 24 cv 535
(to be assigned by the Clerk)

## COMPLAINT

I. JURISDICTION

This case is instituted in the United States District Court for the Middle District Court of North Carolina, according to 28 U.S. § 1391, as the judicial district where all relevant events and omissions occurred and where the Defendants maintain offices, or reside. Supplemental pendant causes action derived from a common nucleus of operative facts.

II. PARTIES

A. Plaintiff

Name of Plaintiff: La Toye Ann Britt

Address: 691 Mineral Springs Road

Pelham, NC 27311

B. Defendant(s) (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

Name of Defendant: Tony Durden, Jr

Current Address: 231 County Park Home Road

Yanceyville, NC 27379

Case 1:24-cv-00535-TDS-JEP   Document 1   Filed 06/27/24   Page 1 of 3

C.  Additional Defendants (please provide the same information for each defendant as listed in Item B above):

Otis Foster
231 County Park Home Road
Yanceyville, NC 27379

Ken Mitchell
231 County Park Home Road
Yanceyville, NC 27379

III. STATEMENT OF CLAIM
(State here as briefly as possible the FACTS of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES. Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

Before deputies of the Caswell County Sheriff's Office arrived at the plaintiff's home with a search warrant, a series of distressing events unfolded. In a continuous stream of complaints, the plaintiff's neighbors had been calling the Caswell County Sheriff's Office about land property issues. These repeated calls not only caused harassment of the Caswell County Sheriff's Office but also created a sense of unease and discomfort for the plaintiff.

Ms. Britt stated that within the next couple of days, two individuals who were found later to be friends with Jayden Mitchell came to the property of Tylan, while those individuals were on the property, they noticed a dirt bike leaning up against the deck, those individuals reported back to Jayden Mitchell, the dirt bike that was leaning against the deck, is the same dirt bike, friends reported back to Jayden Mitchell, his dirt bike was at the residence of 691 Mineral Springs Road.

Before the search, Ken Mitchell was observed riding up and down Mineral Springs Road. Tylan Thaxton observed Ken Mitchell as Thaxton rode in the same direction as Ken Mitchell. Thaxton was able to observe a female occupant in the vehicle's front seat with another person in the back seat. Ken Mitchell was driving a rental car at the time of this incident. Deputies of the Caswell County Sheriff Office canvassed the plaintiff's property without having proper authorization and failed to announce their presence at the residence.

Plaintiff, Ms. Britt, submitted a Complaint to the CCSO, Sheriff Tony Durden, regarding this incident and was able to provide photos of the same dirt bike, which Lt. Mitchell stated was stolen. Ms. Britt states that at the time of his Complaint, the CCSO had not contacted Ms. Britt, Tylan Thaxton, or Talaisha Thaxton concerning the Complaint.

IV. RELIEF

State briefly and exactly what relief you want from this court.

Signed this __21st__ day of __June_____, 20__24__.

*LaToya Britt* (signature)
Signature of plaintiff

691 Mineral Springs Road
Address
Pelham, NC 27311

_____
Telephone number